435 A.2d 648

Greer, Appellant, v. Wyandotte Industries Corp., et al.

Argued December 5, 1980. Lawrence Hannaway, for appellant;  James C. Haggerty, for Wyandotte, appellee;  Thomas B. Greir, did not file a brief on behalf of Wheller, appellee;  John Patrick Kelley, did not file a brief on behalf of Sargent's, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.